UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE L. BRYANT,<br><br>                Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | Civil Action No. 23-2224 (UNA) |

## MEMORANDUM OPINION

Petitioner Ronnie Leon Bryant is a District of Columbia Code offender currently designated to the Federal Correctional Institution in Fort Dix, New Jersey. This matter is before the Court on Petitioner's application to proceed *in forma pauperis* and his *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court grants the application and dismisses the petition.

Bryant's petition indicates that he is currently imprisoned in New Jersey. Thus, he must petition for habeas relief to a New York federal court. *See Rumsfeld v. Padilla*, 542 U.S. 426, 442-43 (2004). Because this district court is in the District of Columbia, it lacks jurisdiction over the petition.

A separate order of dismissal accompanies this Memorandum Opinion.

DATE: May 3, 2024

                                                      CARL J. NICHOLS
                                                      United States District Judge